| AO 10<br>Rev. 1/2021 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2020 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>D'AGOSTINO, MAE A. | 2. Court or Organization<br><br>US District Court for the Northern Districty of New York | 3. Date of Report<br><br>04/29/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Court Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>to<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>US District Court<br>James T. Foley US Courthouse<br>445 Broadway<br>Albany, NY 12207 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'AGOSTINO, MAE A. | 04/29/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'AGOSTINO, MAE A. | 04/29/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'AGOSTINO, MAE A. | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank Account | A | Interest | K | T | | | | | |
| 2. Trustco Bank - checking accocount | A | Interest | J | T | | | | | |
| 3. Trustco Bank - money market | A | Interest | J | T | | | | | |
| 4. TD Ameritrade Brokerage Account (H) | | | | | | | | | |
| 5. ISHARES TRUST MSCI ACWI ETF | | None | | | Sold | 04/15/20 | J | | |
| 6. ISHARES ESG | | None | J | U | Buy | 04/15/20 | J | | |
| 7. ISHARES ESG | | None | J | U | Sold (part) | 10/15/20 | J | | |
| 8. ISHARES ESG | A | Dividend | J | U | Sold (part) | 12/18/20 | J | | |
| 9. Ishares US Treasury Bond | A | Dividend | J | U | Buy | 10/16/20 | J | | |
| 10. Ishares US Treasury Bond | A | Dividend | J | U | | | | | |
| 11. JP Morgan Ultra Short-term Bond | A | Dividend | J | U | Buy | 06/22/20 | J | | |
| 12. JP Morgan Ultra Short-term Bond | A | Dividend | | | Sold | 04/15/20 | J | | |
| 13. SPDR S&P 500 | A | Dividend | J | U | | | | | |
| 14. | | | | | | | | | |
| 15. TD Ameritrade IRA (H) | | | | | | | | | |
| 16. ISHARES TRUST MSCI USA VALUE | A | Dividend | L | U | Buy | 04/15/20 | L | | |
| 17. ISHARES TRUST MSCI USA VALUE | B | Dividend | L | U | Open | 06/22/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'AGOSTINO, MAE A. | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WISDOM TREE EM EX ST-OWNED | A | Dividend | L | U | Buy | 04/15/20 | L | | |
| 19. WISDOM TREE EM EX ST-OWNED | A | Dividend | L | U | Sold (part) | 06/22/20 | K | | |
| 20. WISDOM TREE EM EX ST-OWNED | A | Dividend | L | U | Buy | 04/15/20 | L | | |
| 21. ISHARES MIN VOLATILITY | A | Dividend | K | U | Buy | 04/15/20 | K | | |
| 22. ISHARES MIN VOLATILITY | A | Dividend | K | U | Buy | 12/18/20 | J | | |
| 23. ISHARES US HIGH DIVIDEND | A | Dividend | J | U | Sold (part) | 04/15/20 | J | | |
| 24. SDR LN TSR ETF | A | Dividend | K | U | Sold (part) | 01/22/20 | K | | |
| 25. SPDR S&P 500 | A | Dividend | M | U | Buy | 01/22/20 | M | | |
| 26. SPDR CORE ETF | A | Dividend | M | U | Buy | 10/16/20 | M | | |
| 27. SPDR INTERMEDIATE | A | Dividend | M | U | Sold (part) | 04/15/20 | K | | |
| 28. SPDR EM MK ETF | | None | J | U | Sold (part) | 01/22/20 | K | | |
| 29. ISHARES MSCI USE SIZE FACTOR | A | Dividend | K | U | Buy | 06/22/20 | L | | |
| 30. ISHARES MSCI USE SIZE FACTOR | A | Dividend | K | U | Sold (part) | 01/22/20 | K | | |
| 31. ISHARES 0 TO 5 YEARS | A | Dividend | L | U | Buy | 01/22/20 | L | | |
| 32. LATTICE STRATEGY HARTFORD | A | Dividend | K | U | Buy | 04/15/20 | L | | |
| 33. LATTICE STRATEGY HARTFORD | A | Dividend | K | U | Sold (part) | 10/16/20 | K | | |
| 34. ISHARES TRUST USA QUALITY | A | Dividend | J | U | Sold (part) | 04/15/20 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'AGOSTINO, MAE A. | 04/29/2021 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ISHARES ESG | | None | M | U | | | | | |
| 36. FIDELITY COVINGTON | | None | K | U | | | | | |
| 37. ISHARES GOLD ETF | | None | L | U | | | | | |
| 38. ISHRES MBS | | None | M | U | | | | | |
| 39. ISHARES 1-5 YEAR CORP BOND | A | Dividend | M | U | | | | | |
| 40. ISHARES US MEDICAL DEVICE | | None | K | U | | | | | |
| 41. ISHARES EAFE GROWTH | | None | L | U | | | | | |
| 42. ISHARES US TREASURY | A | Dividend | M | U | | | | | |
| 43. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **D'AGOSTINO, MAE A.** | 04/29/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ MAE A. D'AGOSTINO

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544